UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-6541**

———————

RICKEY R. LLOYD,

Plaintiff - Appellant,

versus

MICHAEL WALKER; KEVIN HARRELLSON; ROBERT
WHITE; JIMMY EVANS; SERGEANT DICKERSON,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh. James C. Fox, Chief District
Judge. (CA-96-202-5-F)

———————

Submitted: September 20, 1996      Decided: October 1, 1996

———————

Before NIEMEYER, HAMILTON, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Rickey R. Lloyd, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing as frivolous his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Lloyd v. Walker</u>, No. CA-96-202-5-F (E.D.N.C. Mar. 20, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>